Shannon A. DARDAR, Plaintiff–Appellant,

v.

John E. POTTER, Postmaster General, United States Postal Service; United States of America, Defendants–Appellees.

No. 04–30341.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 13, 2004.

Mary Schillesci McPherson, McPherson & McPherson, New Orleans, LA, for Plaintiff–Appellant.

Glenn Kenneth Schreiber, Assistant U.S. Attorney, William P. Gibbens, U.S. Attorney's Office, New Orleans, LA, for Defendant–Appellee.

Before EMILIO M. GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appellant Sophia A. Dardar ("Dardar") appeals the district court's order granting

---

defendants' motion to dismiss and alternatively for summary judgment. We find that the appellant does not have standing to sue under Title VII, 42 U.S.C. § 2000(e), because she has failed to establish a genuine issue of material fact disputing her status as an independent contractor of the United States Postal Service. *Mares v. Marsh,* 777 F.2d 1066, 1067–69 (5th Cir.1985). Similarly, we find her claims for intentional infliction of emotional distress are barred by the sovereign immunity afforded to the United States of America under the Federal Tort Claims Act. 28 U.S.C. § 2680. Finally, we agree with the district court's assessment that only the Federal Court of Claims has exclusive jurisdiction over appellants breach of contract claim. 28 U.S.C. § 1346.

Accordingly, we AFFIRM the district court's judgment.

---

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.